PROB Report (05/01)

**REPORT AND ORDER TERMINATING PROBATION OR SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

UNITED STATES DISTRICT COURT

FOR THE

Western District of Washington

UNITED STATES OF AMERICA

v.

Esther La Rena Scott

Crim. No. 3:18CR5579-23

On November 1, 2019 the above-named offender was placed on supervised release for a period of Click here to enter years. years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Kalen Thomas*

Kalen Thomas
Supervising United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation or Supervised Release and that the proceedings in the case be terminated.

Dated this 13 day of November, 2021.

*Robert J. Bryan*

Robert J. Bryan, United States District Judge

The Honorable Robert J. Bryan, United States District Judge  
RE: Esther La Rena Scott, 3:18CR5579-23

Page 4  
November 10, 2021